UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,    Criminal No. 05-279 (RHK/RLE)

    Plaintiff,

ORDER OF DISMISSAL

v.

SCOTT ROBERT ASPLING,

    Defendant.

---

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby **GRANTED** and the Indictment against the above-named defendant is dismissed.

Dated: October 6, 2005

    s/Richard H. Kyle
    RICHARD H. KYLE
    United States District Judge